UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, *JUDGE*

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC., | : |
| Plaintiff, | : Court No. 21-00200 |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME TO FILE ITS REPLY**

Pursuant to Rules 6, 7, 16, and 56 of the Rules of the United States Court of International Trade (USCIT), defendant, United States (the Government), respectfully requests an extension of forty-five days, to and including October 6, 2025, for the Government to file its reply to plaintiff's response to our cross-motion for summary judgment. Our response is currently due by August 22, 2025. ECF No. 64. This is our first request for an extension of time for this purpose.

John M. Peterson of Neville Peterson, LLP, counsel for plaintiff Cyber Power, advised Beverly A. Farrell, counsel for defendant, that on behalf of his client he consents to our request for a forty-five-day extension of time to file our reply brief.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A); *see also* USCIT Rule 16(b)(4) ("A schedule may be modified only for good cause and with the judge's consent."). Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to

comply with the schedule. *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (explaining diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b)).

Good cause exists for the requested extension of time. The attorney principally charged with litigating this matter, Mathias Rabinovitch, is currently on parental leave and scheduled to return at the end of September 2025. In the interim, Ms. Farrell is covering the matter and is in the process of preparing a draft reply for Mr. Rabinovitch to review and confirm. To prepare the reply, Ms. Farrell will need to review the summary judgment briefing and information developed during discovery. However, among other things, Ms. Farrell has been and will be working on (1) a response to appellant's opening brief in *King Maker Marketing , Inc. v. United States*, Appeal No. 25-1819; (2) assessing a settlement proposal in *Suprajit Controls v. United States*, Court Int'l Trade No. 23-00181, including whether additional discovery may be necessary; (3) perfecting service of the summons and complaint in *United States v. XL Specialty Insurance Co.*, Court Int'l Trade No. 21-00199; (4) engaging in discovery in *Melnor, Inc. v. United States*, Court Int'l Trade No. 25-00052; (5) preparing and filing an answer in *Cyber Power Systems (USA) Inc. v. United States*, Court Int'l Trade No. 21-00199; and (6) preparing and filing an answer in *Cyber Power Systems (USA) Inc. v. United States*, Court Int'l Trade No. 21-00203.

Also, additional time is needed to afford sufficient time for internal review by the Department of Justice and the agency prior to submission to the Court and to assure

sufficient time to receive and review comments and revise and finalize the Government's reply brief accordingly.

For these reasons, we respectfully request that the Court grant our consent motion for an extension of time of forty-five days, to and including October 6, 2025, for the Government to file its reply brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
|  | PATRICIA M. McCARTHY<br>Director |
| By: | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office |
|  | /s/ Beverly A. Farrell<br>BEVERLY A. FARRELL<br>Senior Trial Attorney<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, New York 10278<br>Tel.: (212) 264-9230<br>Attorneys for Defendant |

Dated: August 19, 2025

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, *JUDGE*

| | | |
|---|---|---|
| CYBER POWER SYSTEMS (USA) INC., | : | |
| Plaintiff, | : | Court No. 21-00200 |
| v. | : | |
| UNITED STATES, | : | |
| Defendant. | : | |

# **ORDER**

Upon consideration of defendant's consent motion for an extension of time to file its reply, it is hereby

ORDERED that the motion for an extension of time, to and including October 6, 2025, to file a reply brief is granted.

DATED: _____, 2025      _____
New York, New York                                                  JUDGE

4