UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, JUDGE

CYBER POWER SYSTEMS (USA) INC.,

                    Plaintiff,

      v.

UNITED STATES,

                    Defendant.

Court No. 21-00200

## ORDER

On consideration of defendant's Consent Motion to Reschedule Oral Argument; upon other papers and proceedings had herein; and upon due deliberation, it is hereby

ORDERED that defendant's Consent Motion to Reschedule Oral Argument is granted; and it is further

ORDERED that oral argument shall be held on March 3, 2026 at 11:00 a.m. or on another date convenient for the Court.

**SO ORDERED**.

_____
        Claire R. Kelly, Judge

Dated: _____
      New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| CYBER POWER SYSTEMS (USA) INC., | |
| Plaintiff, | |
| v. | Court No. 21-00200 |
| UNITED STATES, | |
| Defendant. | |

## CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT

Pursuant to Rule 7(b) of the Rules of the United States Court of International Trade (USCIT), defendant, the United States (the Government), respectfully move this Court for an Order rescheduling the date for oral argument in this proceeding.  The oral argument is currently scheduled for Thursday, February 5, 2026.  The Government proposes that the Court reschedule the oral argument for Tuesday, March 3, 2026, which was an alternative date offered by the Court earlier in the proceedings, or for an alternative date convenient to the Court.  The Government has conferred with plaintiff and plaintiff's counsel is available on the proposed date.

When a motion is made prior to a deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule.  *See High Point Design LLC v. Buyers Direct, Inc.*, 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)).

Good cause exists for granting our request to reschedule oral argument.  The currently scheduled date for oral argument, February 5, 2026, now poses difficulty for undersigned

counsel.  Among other matters, counsel for the Government undersigned counsel has been assigned two cases that have been expedited under USCIT Rule 3(g) in *Camel Energy, Inc. v. United States*, Court Nos. 25-00230 & 25-00420 (Ct. Int'l Trade).  Since December 23, 2025, developments in these expedited matters have limited counsel's ability to prepare for oral argument.  Counsel has had to file an Answer, respond to voluminous discovery requests, issue discovery requests, and prepare for a deposition on Tuesday, January 20, 2026.  Counsel further expects that several additional depositions will occur before the currently scheduled oral argument date and before the close of discovery on March 2, 2026.  *See Camel Energy Inc. v. United States*, Ct. No. 25-00230, ECF No. 23.

In light of undersigned counsel's work obligations, Counsel for the Government sincerely appreciates the Court's consideration of an alternative date and time for oral argument.  The parties intend to respond to the Court's letter dated January 8, 2026, ECF No. 78, on January 22, 2026, as requested by the Court.

On January 20, 2026, counsel for plaintiff, Patrick Klein, Esq., of Neville Peterson LLP, consented to the relief requested in this motion.

WHEREFORE, defendant respectfully requests that its motion be granted.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

By:     /s/ Mathias Rabinovitch
        MATHIAS RABINOVITCH

Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Suite 346
New York, New York 10278
(212) 264-0484
*Attorneys for Defendant*

Dated: January 20, 2026