## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CYBER POWER SYSTEMS (USA) INC.,**<br><br>  Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>  Defendant. | **Before: Claire R. Kelly, Judge**<br><br>**Court No. 21-00200** |

## ORDER

Upon consideration of Defendant's Consent Motion to Reschedule Oral Argument, <u>see</u> ECF No. 79, and pursuant to U.S. Court of International Trade Rule 7(b), and upon due deliberation, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that oral argument is rescheduled to Tuesday, March 3, 2026, at 11:00 a.m. in Courtroom 1 of the United States Court of International Trade, One Federal Plaza, New York, NY.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:   January 21, 2026
         New York, New York