UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, JUDGE

_____

|  |  |
|---|---|
| CYBER POWER SYSTEMS (USA) INC., | : |
| : |
| Plaintiff, | : |
| : | Court No. 21-00200 |
| v. | : |
| : |
| UNITED STATES, | : |
| : |
| Defendant. | : |

_____

<u>NOTICE OF APPEAL</u>

Notice is hereby given that the United States, defendant in the above-captioned action,

hereby appeals to the United States Court of Appeals for the Federal Circuit from the final

judgment entered on April 23, 2026, and the opinions in Slip Op. 22-85, entered on July 20,

2022, and Slip Op. 26-41, entered on April 23, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

BEVERLY A. FARRELL
Senior Trial Attorney

By:    <u>/s/ Mathias Rabinovitch</u>
MATHIAS RABINOVITCH
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346

New York, New York 10278
Tel. (212) 264-0484
*Attorneys for Defendants*

Date:  June 18, 2026